FILED
U.S. DISTRICT COURT
BRUNS.... DIV.

2017 OCT 23 P 12: 30

CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.4:13-CR-0003-06 |
| | ) |
| ALAN ROBERT FLEMING, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| CARSON AND COMPANY, INC. | ) |
| | ) |
| Garnishee. | ) |

## JOINTLY STIPULATED FINAL ORDER OF VOLUNTARY CONTINUING WAGE GARNISHMENT

The parties, the plaintiff, The United States of America, the judgment debtor Alan Robert Fleming, and the garnishee, Carson and Company, Inc., agree and stipulate as follows:

1.    The judgment debtor's name is Alan Robert Fleming ("Debtor"), Social Security Number xxx-xx-5373 and the last known address is: 6 Windlass Court, Savannah, Georgia 31411.

2.    A Judgment was entered against Debtor, in the above titled case, on June 19, 2014, wherein Debtor was ordered to pay restitution in the amount of $3,891,870.28. *See* Doc. 479. As of today, the total balance due on the Judgment is $3,873,067.55.

3.    The garnishee, Carson and Company, Inc. ("Garnishee") has in its possession, custody or control property of the debtor in the form of wages paid to the debtor. *See* Exhibit A (Employment Verification Form).

4.    The debtor, waives service of an application for a voluntary writ of continuing garnishment pursuant to 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act of 1990 (FDCPA).

1

5.  The garnishee, waives service of an application for a voluntary writ of continuing garnishment pursuant to 28 U.S.C. § 3205 under the FDCPA, and further waives the right to answer and be heard in this matter and any other process to which the garnishee may be entitled under the FDCPA.

6.  The debtor, agrees and stipulates that wages are subject to garnishment under 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order of Continuing Garnishment is proper.

7.  The parties therefore agree and stipulate to the entry of a Final Order of Continuing Garnishment against the non-exempt wages of the debtor. It is expressly agreed and stipulated to by the parties that the garnishee shall pay into the registry of the Clerk of Court, **$550.00 per month** from debtor's disposable earnings, pursuant to 15 U.S.C. § 1673(a).

8.  The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this case in the sum of $3,891,870.28, upon which there is an unpaid balance of $3,873,067.55. These deductions are to continue until the unpaid balance, is fully paid and satisfied.

Checks should be made payable to: "Clerk, U.S. District Court" with Case Number 4:13-CR-0003-06 written in the memo section, and mailed to:

>   United States Clerk of Court
>   P.O. Box 8286
>   Savannah, Georgia 31412

9.  By Order of this Court, a review of the debtor's financial condition will be conducted, in six months. At which time, the amount of this garnishment may be adjusted to reflect the debtor's ability to pay.

10. This Order shall not foreclose any future efforts by the Government to facilitate compensation to the victims, if other non-exempt property is identified.

2

11.    The Court must be notified if any of the above named parties fails to comply with the conditions of this Order.

IT IS SO ORDERD

Dated, entered, and made effective this _23_ day of October, 2017.

_____
Honorable Judge Lisa Godbey Wood
United States District Court
Southern District of Georgia

For Plaintiff:
Dated: _10/20/2017_

_____
Xavier A. Cunningham
Assistant United States Attorney
New York State Bar Number: 5269477
Post Office Box 8970
Savannah, Georgia 31412

For Debtor:
Dated: _10/19/2017_

_____
Edward D. Tolley
Cook & Tolley LLP
P.O. Box 1927
Athens, Georgia 30603
Counsel for: Alan Robert Fleming (Judgment Debtor)

For Garnishee:
Dated: _10.20.17_

_____
Carson and Company, Inc. (Garnishee)

3